## Second Department, October, 1974

## (October 1, 1974)

In the Matter of RALPH PRESSMAN, Petitioner, v. WILLIAM R. GEILER, as a Justice of the Supreme Court, Suffolk County, Respondent.— Proceeding pursuant to article 78 of the CPLR, which petitioner terms "In the nature of Mandamus" to compel the respondent to show cause *inter alia* why he initiated a charge of nonsupport against the petitioner concurrently with the dismissal of a case against him on the merits. Application denied and proceeding dismissed, without costs. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

## Second Department, December, 1974

## (December 5, 1974)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY FORD, Petitioner, v. LEON J. VINCENT, as Superintendent, Green Haven Correctional Facility, Respondent. Application by petitioner for a writ of habeas corpus, denied. Cohalan, Acting P. J., Christ, Brennan and Munder, JJ., concur.